UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61266-CIV-UNGARO

ACCESS FOR THE DISABLED, INC., a
Florida not-for-profit corporation, and
BOB COHEN, DENISE PAYNE and
PAT KENNEDY, individually,
    Plaintiffs,

v.

CB RICHARD ELLIS INVESTORS, LLC, a
foreign limited liability corporation,
    Defendants.
_____/

**ORDER ON MOTION FOR EXTENSION OF TIME**

    THIS CAUSE is before the Court upon Defendant's Agreed Motion for Extension of Time to Respond to Complaint, filed September 19, 2008 (D.E. 9).

    THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  On September 3, 2008, the Court granted Defendant its first motion for extension of time (D.E. 8), which explicitly stated that no further extensions would be granted.  Accordingly, it is hereby

    ORDERED AND ADJUDGED that the Motion (D.E. 9) is DENIED.

    DONE AND ORDERED in Chambers, Miami, Florida, this 22d day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record